IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALAMIN SAMAD aka EDDIE DUNBAR,

        Plaintiff,                      No. CIV S-11-3357 KJM GGH P

  vs.

STEPHANIE M. ADRAKTAS, et al.,      <u>ORDER</u>

        Defendants.

_____/

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. This case was closed on June 1, 2012, but plaintiff has filed a motion for relief from a final judgment under Fed. R. Civ. P. 60(b).

Under Rule 60(b), a party may seek relief from judgment and to re-open his case in limited circumstances, "including fraud, mistake, and newly discovered evidence." *Gonzalez v. Crosby*, 545 U.S. 524, 528, 125 S. Ct. 2641, 2645-46 (2005). Rule 60(b) provides in relevant part:

/////

/////

1

On motion and upon such terms as are just, the court may relieve a party ... from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud ..., misrepresentation, or misconduct of an adverse party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged, or a prior judgment upon which it is based has been reversed or otherwise vacated, or it is no longer equitable that the judgment should have prospective application; or (6) any other reason justifying relief from the operation of the judgment.  The motion shall be made within a reasonable time, and for reasons (1), (2), and (3) not more than one year after the judgment, order, or proceeding was entered or taken.

"Motions for relief from judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure are addressed to the sound discretion of the district court." *Allmerica Financial Life Insurance and Annuity Company v. Llewellyn*,139 F.3d 664, 665 (9th Cir. 1997).

In the instant motion plaintiff has merely attached his objections to the findings and recommendations and repeats those same arguments.  This is insufficient under Rule 60(b).

In accordance with the above, IT IS HEREBY ORDERED that plaintiff's motion (Doc. 15) is denied.

DATED: September 24, 2012.

_____
UNITED STATES DISTRICT JUDGE